# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHRA EHSAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST SERVICING, INC.; WC 2023-3, LLC; ZBS LAW, LLP, AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | Case No.: 5:25-cv-04651-EKL<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The Court having considered the *Stipulation for Dismissal of Action* (the "Stipulation") entered into between *plaintiff* Zohra Ehsan and *defendant* West Coast Servicing, Inc., and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed in its entirety, as to all defendants, ***with prejudice***.

**IT IS FURTHER ORDERED** that the *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction [Doc. 6] is denied as moot.

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE